UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-1906 (CKK) |
| ) | |
| THE UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SECOND JOINT STATUS REPORT

Plaintiff, Sierra Club, and Defendant, the United States Environmental Protection Agency ("EPA"), submit this Joint Status Report pursuant to the Court's Order dated October 24, 2017.[1] Sierra Club and EPA (together the "Parties") submit the following status report:

1. Regarding the status of Sierra Club's FOIA requests at issue in this litigation, the Parties have conferred telephonically and exchanged information helpful in narrowing issues and streamlining production. The Parties have reached agreement based on representations made thus far on most aspects of the searches for all four FOIA requests.

2. Regarding the anticipated number of documents responsive to Sierra Club's FOIA requests, based on the agreed-upon search terms, EPA has worked with its eDiscovery team to determine an estimated amount of documents at issue. An eDiscovery pre-case assessment is a centralized assessment of all identified custodians' Microsoft Outlook

---

[1] On November 30, 2017, the Parties filed an initial Joint Status Report updating the Court on the Parties' discussions and proposing to file a further Joint Status Report on or before December 22, 2017. The Court approved of that proposal in a Minute Order dated December 5, 2017.

emails to determine the estimated number of records responsive to specific search parameters. The pre-case assessment does not conduct the actual search, but instead returns an estimated number of email "families," which represents a single email and all of its attachments. Based on the pre-case assessment, Defendant has estimated that it will need to process and review approximately 14,000 email families once the search is completed. As explained, this is an estimate and the total number may change.

3. The Parties propose May 30, 2018, for the anticipated completion date for the overall production of non-exempt, responsive records. EPA intends to provide rolling productions during this time.

4. Regarding whether a motion for an *Open America* stay is likely in this case, EPA has not yet decided its position.

5. Regarding whether a *Vaughn* index will be required in this case, at this time the Parties have not yet determined definitively whether a *Vaughn* index will be required. It is Sierra Club's position that a *Vaughn* index will be required if EPA withholds responsive documents.

6. During the process outlined above, EPA will provide periodic status reports to the Plaintiff. Plaintiff may request telephone conferences to confer regarding the timely production of documents, any issues that may remain or arise, and interim progress as needed.

7. The Parties will timely advise the Court if the need for briefing arises, and will provide another status report no later than June 15, 2018.

Date:  December 22, 2017                     Respectfully submitted,

                                            By: /s/ Matthew E. Miller

      MATTHEW E. MILLER
      District of Columbia Bar # 1015222
      Staff Attorney, Sierra Club
      50 F Street NW, 8th Floor
      Washington, DC 20001
      (202) 650 6069
      matthew.miller@sierraclub.org

      JUSTINE THOMPSON COWAN
      Admitted *Pro Hac Vice*
      Florida Bar # 98806
      P.O. Box 533507
      Orlando, FL 32853
      (407) 506-4109

      **Counsel for Plaintiff**


      JESSIE K. LIU
      D.C. BAR # 472845
      United States Attorney
      for the District of Columbia

      DANIEL F. VAN HORN
      D.C. BAR # 924092
      Civil Chief

By:   /s/_____
      BENTON G. PETERSON, BAR # 1029849
      Assistant United States Attorney
      U.S. Attorney's Office
      555 4th Street, N.W. - Civil Division
      Washington, D.C. 20530
      (202) 252-2534

      **Counsel for Defendant**