UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB,                                    )
                                                )
Plaintiff,                                      )
                                                )
v.                                              )        Civil Action No. 17-1906 (CKK)
                                                )
THE UNITED STATES ENVIRONMENTAL )
PROTECTION AGENCY,                              )
                                                )
Defendant.                                      )
_____ )

FOURTH JOINT STATUS REPORT

Plaintiff, Sierra Club, and Defendant, the United States Environmental Protection

Agency ("EPA"), submit this Joint Status Report pursuant to the Court's Order dated July 16,

2018.

1.      On June 14, 2017, and June 19, 2017, Sierra Club submitted four separate

Freedom of Information Act ("FOIA") requests to EPA, seeking all external

correspondence for the EPA Administrator, Scott Pruitt, the EPA Chief of Staff, Ryan

Jackson, and Associate Administrator for the Office of Policy, Samantha Dravis, as well as

other described records from these officials as well as other employees.

2.      Sierra Club filed a complaint with the Court on September 18, 2017,

asserting that EPA failed to timely respond to Plaintiff's FOIA requests and unlawfully

withheld records citing claims arising under the FOIA and the Administrative Procedure

Act, 5 U.S.C. §552 and 5 U.S.C. §§701-06. EPA responded to this complaint on October

24, 2017.

3.      In a Minute Order entered on January 3, 2018, Defendant was instructed to

complete production of non-exempt responsive records by May 30, 2018, which was extended by agreement of the parties to July 16, 2018, and then to August 6, 2018.

4.      In the most recent Joint Status Report, submitted to the Court on August 20, 2018, the parties informed the Court that they had "agreed to attempt to resolve issues regarding redactions and unproduced documents to the extent possible in order to reduce the scope of issues the parties might bring before the Court." To date, the parties have been diligently working through all outstanding issues and have made some progress, but have not yet completed that process.

5.      The parties therefore propose filing another Joint Status Report no later than October 31, 2018, to update the Court on their progress and to propose a briefing schedule, if needed and appropriate at that point.

Respectfully submitted this 26th day of September, 2018

By:     /s/  Justine Cowan
JUSTINE COWAN
Admitted *Pro Hac Vice*
Florida Bar # 98806
P.O. Box 533507
Orlando, FL 32853
(407) 506-4109

MATTHEW E. MILLER
District of Columbia Bar # 1015222
Staff Attorney, Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
(202) 650 6069
matthew.miller@sierraclub.org

**Counsel for Plaintiff**

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

2

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:    /s/                         
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534

**Counsel for Defendant**